ORIGINAL

# In the United States Court of Federal Claims

FILED
DEC - 3 2003
U.S. COURT OF FEDERAL CLAIMS

No. 00-755C

(Filed: December 3, 2003)

SOUTHERN COMFORT BUILDERS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The telephonic pretrial conference that was originally scheduled for February 4, 2004, has been rescheduled to Thursday, February 5, 2004, at 10:00 a.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge