IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOUTHERN COMFORT BUILDERS, INC. )
)
Plaintiff, )
)
v. ) No. 00-755C
) (Judge Allegra)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAVID R. FENIGER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: January 2, 2004

s/ David R. Feniger

DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-3390
Fax: (202) 305-2118