# In the United States Court of Federal Claims

No. 00-755C

(Filed: January 29, 2004)

SOUTHERN COMFORT BUILDERS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The telephonic pretrial conference that was originally scheduled for February 5, 2004, at 10:00 a.m. (EST) has been changed to 11:00 a.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge