IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN COMFORT BUILDERS, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 00-755C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATEMENT OF ADMITTED FACTS

Pursuant to Appendix A (Case Management Procedure), Paragraph 17 (Stipulations), of the Rules of the Court of Federal Claims, the parties hereby submit this joint statement of admitted relevant facts for trial in this case.

1. On October 20, 1994, the Air Force awarded contract number FO8650-95-C-0011, in the amount of $1,089,000, to Southern Comfort Builders, Inc. ("Southern Comfort"), for the repair and upgrade of XY Building, Phase II, at Kennedy Space Center in Florida, after requesting and receiving verification of Southern Comfort's bid.

2. The project was scheduled to be completed by March 18, 1996.

3. The contract, among other things, required the contractor to upgrade the heating, ventilation, and air conditioning ("HVAC") system. Included in the contract was the replacement of four chilled water air handling units ("AHUs") for the HVAC system.

4. During the course of construction, Southern Comfort raised the issue of an alleged discrepancy in the plans regarding the requirement for the installation of the variable frequency drives ("VFDs") because neither the electrical subcontractor nor the mechanical subcontractor

considered the installation of the VFDs to be a requirement of their respective subcontracts. The controversy regarding the VFDs continued from an early stage of construction until completion of the project, which was delayed over three years.

5. The contract also specified that the Government would have a uninterruptible power source ("UPS") in place at the beginning of Phase II of the project. The UPS was not provided by the Government until July 30, 1998.

6. Southern Comfort retained One Contractor Company to be the mechanical contractor on the project.

7. Southern Comfort retained Chrome Electric to be the electrical contractor on the project.

8. Mary Killgore was the project superintendent from April 1995 until April 10, 1996, when she was no longer on the site.

9. Submittal 19 relating to the VFDs was submitted on October 27, 1997.

10. The Air Force responded to Submittal 19 on November 18, 1997.

11. Submittal 19A relating to the VFDs was submitted on January 22, 1998.

12. Submittal 19B relating to the VFDs was submitted on August 18, 1998.

13. The testing and balancing ("TABS") approval form no. 30 was submitted on January 22, 1999.

14. The Government approved the TABS submittal on January 28, 1999.

15. On July 30, 1999, Southern Comfort submitted a request for equitable adjustment to the contracting officer ("CO") that included a claim for the installation of the VFDs in the amount of $34,451. In addition to the claim for the VFDs, Southern Comfort claimed

reimbursement for a delay of three years and other items totaling $266,954. The claim was denied.

16. On May 10, 2000, Southern Comfort submitted a certified claim to the CO for the VFDs in the same amount of $34,451, and for other items now totaling $260,731, and requested a final decision. On November 6, 2000, the CO issued his final decision denying the claim.

Respectfully submitted,

s/ John C. McManus
JOHN C. McMANUS
McManus & Graham LLP
Suite 2015
20 Executive Park West
Atlanta, GA 30329
Tel. (404) 929-9122
Fax (404) 929-0370
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella by Robert E. Kirschman, Jr.
JAMES M. KINSELLA
Deputy Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-3390
Fax (202) 305-2118
Attorneys for Defendant

March 1, 2004