**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTHERN COMFORT BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 00-755C<br>(Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S AMENDED WITNESS LIST**

Pursuant to the Court's order of February 6, 2004, defendant, the United States, provides the following list of witnesses:

A. Defendant intends to call the following witnesses at time of trial:

1. John W. Stringer, former Contracting Officer, Patrick AFB, FL 32952-3238. Mr. Stringer may be contacted through defendant's counsel. He will testify concerning events that occurred in the performance and administration of the contract through 1998. We anticipate that his testimony will last two hours.
2. Jimmy L. McDaniel, former Contracting Officer, now retired. Mr. McDaniel may be contacted through defendant's counsel. He will testify concerning the basis for denial of the contractor's claim. We anticipate that his testimony will last one hour.
3. Linda Brantley, former Contract Specialist, Patrick AFB, FL 32952-3228. Ms. Brantley may be

contacted through defendant's counsel. She will testify concerning events that occurred in the performance and administration of the contract through 1998. We anticipate that her testimony will last two hours.

4. Douglas Fowler, former Project Inspector, 3905 Bramblewood Lane, Titusville, FL 32780, (407) 832-5116. He will testify concerning events that occurred in the performance and administration of the contract from contract award through 1998. We anticipate that his testimony will last two hours.

5. Leonard W. Rice, Electrical Engineer, Tilden, Lobnitz, Cooper, 874 Dixon Blvd., Cocoa, FL 32922 (321) 636-0274. Mr. Rice is expected to testify concerning the contract electrical drawings and specifications. We anticipate that his testimony will last one and one-half hours.

6. Herb Blauel, Mechanical Engineer, (321) 633-3602. Mr. Blauel is represented by counsel Michael Kahn, 482 N. Harbor City Blvd., Melbourne, FL 32935. Mr. Blauel is expected to testify concerning the contract mechanical drawings and specifications. We anticipate that his testimony will last one and one-half hour.

7. William Butcher, Chrome Electric Company, 621 Park Avenue, Titusville, FL 32781 (407) 267-0990. Mr. Butcher is expected to testify about the electrical subcontract, the requirement to install variable frequency drives, and the presentation of a claim to the Government. We anticipate that his testimony will last one hour.

8. Richard Paullin, Contract Solutions, LLC, 2530 Riva Road, Suite 403, Annapolis, MD 21401, (410) 212-1095. Mr. Paullin is expected to testify concerning his professional opinion, as expressed in his report, dated March 27, 2002. We anticipate that his testimony will last two hours.

9. Mark Doran, Contract Solutions, LLC, 2530 Riva Road, Suite 403, Annapolis, MD 21401, (410) 212-1095. Mr. Doran is expected to testify concerning his professional opinion, as expressed in his report, dated March 27, 2002. We anticipate that his testimony will last one hour.

10. Paul Antonevich, former Contract Specialist, Patrick AFB, FL 32952-1219. Mr. Antonevich may be contacted through defendant's counsel. Mr. Antonevich is expected to testify concerning events that occurred in the performance and administration of the contract

from 1996 to 1997. We anticipate that his testimony will last one-quarter of an hour.

11. Christina Powers, Architectural Engineer, Space Gateway Support, P.O. Box 21237, Kennedy Space Center, FL 32815-0237 (321) 867-8158. Ms. Powers is expected to testify concerning the contract design, drawings, and specifications. We anticipate that her testimony will last one-half of an hour.

12. Randy Thron, BRPH Companies, 3275 Suntree Blvd., Melbourne, FL 32940 (321) 254-7666. Mr. Thron is expected to testify concerning the variable frequency drive requirements. We anticipate that his testimony will last one-half of an hour.

B. Defendant may call the following additional witnesses at time of trial:

1. Jack Olski, Civil Engineering, Kennedy Space Center, FL 32899. Mr. Olski may be contacted through defendant's counsel. If called as a witness, he is expected to testify concerning events that occurred in the performance and administration of the contract through 1998. If called, his testimony is expected to last one hour.

2. William J. Hartman, Contract Solutions, LLC, 2530 Riva Road, Suite 403, Annapolis, MD 21401, (410) 212-1095

If called as a witness, Mr. Hartman is expected to testify concerning his professional opinion, as expressed in his report, dated March 27, 2002. If called, his testimony is expected to last one-half of an hour.

3. Robert C. Edwards, Duffy Mechanical Corp., 15875 Commerce Ct., Upper Marlboro, MD 20774, (301) 390-2300. If called as a witness, Mr. Hartman is expected to testify concerning his professional opinion, as expressed in his report, dated March 27, 2002. If called, his testimony is expected to last one-half of an hour.

4. Larry Markisen, Defense Contract Audit Agency. Mr. Markisen may be contacted through defendant's counsel. If called as a witness, Mr. Markisen is expected to testify concerning his audit of plaintiff and his professional opinion as expressed in his audit report. If called, his testimony is expected to last one-half of an hour.

Defendant reserves the right to call any individuals listed on plaintiff's witness list.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella by Robert E. Kirschman, Jr.
JAMES M. KINSELLA
Deputy Director

s/ David R. Feniger
DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965

OF COUNSEL:

JOHN T. LAURO
Attorney
Commercial Litigation Division
Air Force Legal Services Agency

Dated: March 1, 2004

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 1st day of March, 2004, I caused to be sent by facsimile transmission and placed in the United States mail (first class, postage paid) copies of "DEFENDANT'S AMENDED WITNESS LIST" addressed as follows:

John C. McManus, Esq.
McManus & Graham, LLP
P.O. Box 95269
Atlanta, GA 30347
Fax: (404) 929-0370

______________________________