**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SOUTHERN COMFORT BUILDERS, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 00-755C
(Judge Allegra)

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED EXHIBIT LIST**

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave to file the attached amended exhibit list. The proposed amended exhibit list adds one exhibit, the notes of Douglas Fowler, a witness that the Government intends to call at the time of trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella by Robert E. Kirschman, Jr.
JAMES M. KINSELLA
Deputy Director

s/ David R. Feniger
DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965

OF COUNSEL:

JOHN T. LAURO
Attorney
Commercial Litigation Division
Air Force Legal Services Agency

Dated: March 2, 2004

Attorneys for Defendant