**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTHERN COMFORT BUILDERS, INC., Plaintiff, | ) | No. 00-755C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S AMENDED EXHIBIT LIST**

Defendant intends to introduce the following exhibits at time of trial (exhibit numbers correspond to exhibits used during depositions, if applicable):

1. Memorandum for Southern Comfort Builders, Inc. (Final Decision), dated November 6, 2000, from 45 CONS/LGCAC, subject: Contract No. F08650-95-C-0011, Repair/Upgrade XY Building, Phase 2, CCAS;

2. Contractor Request For Information/Clarification (RFI), Request No. 1, dated November 7, 1995;

3. Memorandum for Southern Comfort Builders, Inc., dated December 15, 1995, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA 93-1514, Repair/Upgrade XY, CCAS, with attachments (two pages), RFI No. 27 and RFI No. 1;

5. Memorandum for Southern Comfort Builders, Inc., dated February 21, 1996, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA 93-1514, Repair/Upgrade XY, CCAS, with attachment (five pages);

7. Memorandum for Southern Comfort Builders, Inc., dated September 16, 1997, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS;

8. Memorandum for Southern Comfort Builders, Inc., dated July 2, 1998, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, Repair/Upgrade XY,

CCAS, Material Approval Submittal 19A, with attachments (22 pages), Material Approval Submittal 19A and May 20, 1998 Memorandum for Linda Brantley;

12. Technical Evaluation, F08650-95-C-0011, Repair/Upgrade XY Building Phase 2, DBEH 93-1514P2 (circa 1996);

13. Memorandum for Southern Comfort Builders, Inc., dated July 7, 1998, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG. CCAS, UPS Power to XY Facility;

15. Memorandum for Southern Comfort Builders, Inc., dated November 21, 1996, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, Upgrade X-Y Building, Phase II;

16. Letter, dated October 10, 1997, from Edward Kinberg to D.R. Ellis, Subject: Direction to Chrome Electric, Inc. to Install Variable Frequency Drives;

17. Memorandum for Southern Comfort Builders, Inc., dated September 16, 1997, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS, with handwritten note in response from D.R. Ellis that "VFD are on order" dated September 29, 1997;

18. Letter, dated July 3, 1998, from Southern Comfort Builders, Inc., to Scotty, subject: VFD's Issue, Repair XY Facility C.C.A.F.S. F08650-95-C-0011/DBEH 93-1514P2;

19. Letter, dated July 20, 1998, from Southern Comfort Builders, Inc., to One Contractor, Inc., Attn: Dofus Scott, subject: Failure to Complete Contract, F08650-95-C-0011/DBEH 93-1514P2, Repair XY Facility - CCAFS, FL;

22. Memorandum for the Record, dated January 26, 1998, from John W. Stringer;

23. Memorandum for Southern Comfort Builders, Inc., dated March 24, 1998, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS, Re-submittal of VFD's;

24. Letter, dated March 31, 1998, from Southern Comfort Builders, Inc., to Linda Brantley, subject: Re-submittal of VFD's, Repair XY Building,

F08650-95-C-0011;

25. Letter, dated August 28, 1998, from Southern Comfort Builders, Inc., to John W. Stringer, subject: VFD's/ Non-payment, Repair XY Building, F08650-95-C-0011;

26. Memorandum for Southern Comfort Builders, Inc., dated January 21, 1999, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS, UPS power to XY Facility - Failure of Air Handlers;

27. Memorandum for Southern Comfort Builders, Inc., dated July 7, 1998, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS, UPS power to XY Facility;

28. As-built drawings;

29. Material Approval Submittal 19(B), dated July 14, 1998, with attachment, dated August 18, 1998;

30. Memorandum for Southern Comfort Builders, Inc., dated August 26, 1998, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS, Material Approval Submittal 19(B);

31. Memorandum for Southern Comfort Builders, Inc., dated January 28, 1999, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS, Material Approval Submittal No. 30 (Test & Balance Procedure), with attachment (January 22, 1999 Material Submittal AF Form 3000);

32. Request for Equitable Adjustment of Contract No. F08650-95-C-0011, Repair/Upgrade XY Building Phase 2, dated July 30, 1999;

34. Letter, dated April 18, 1995, from Southern Comfort Builders, Inc., to Sherry L. Gasaway, subject: Contract No. F08650-95-C-0011, Repair XY Facility - Phase 2;

35. Meeting minutes for April 24, 1995;

36. Letter, dated April 20, 1995, from Southern Comfort Builders, Inc., to M/Sgt Sally Bergman, subject: Contract No. F08650-95-C-0011, PA 93-1514, Repair XY Facility - Phase 2;

39. Meeting minutes for December 19, 1995;

41. Memorandum for Record, dated June 19, 1997;

42. Memorandum for Record, dated March 27, 1996;

44. Memorandum for Southern Comfort Builders, Inc., dated April 9, 1996, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA 93-1514, Repair/Upgrade XY, CCAS (VFDs);

45. As-Planned Construction schedule;

46. Meeting Minutes for June 13, 1995;

48. Request For Information Response, dated December 19, 1995, from Johnson Controls, subject: Proposed change to electrical work due to UPS absence, with attachment (December 14, 1995 description of work);

52. Memorandum for Southern Comfort Builders, Inc., dated April 9, 1996, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA 93-1514, Repair/Upgrade XY, CCAS (Grounding);

53. Letter, dated May 16, 1996, from Southern Comfort Builders, Inc., to Sally Bergman, subject: RFI 35, Contract No. F08650-95-C-0011, PA 93-1514, Repair/Upgrade XY Facility;

54. Memorandum for Southern Comfort Builders, Inc., dated June 4, 1996, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA 93-1514, Repair/Upgrade XY, CCAS (RFI 35);

55. Meeting Minutes for June 11, 1996;

56. Meeting Minutes for July 3, 1996;

57. Letter, dated June 12, 1996, from Southern Comfort Builders, Inc., to One Contractor, Inc., Attn: Scotty, subject: VFD at XY Building - CCAFS;

58. Memorandum for Southern Comfort Builders, Inc., dated August 12, 1998, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY BLDG, CCAS, UPS Power to XY Facility - VFD;

59. Material Approval Submittal No. 19, dated October 27, 1997, with November 19, 1997 conditional approval letter;

70. Material Approval Submittal No. 19, dated October 27, 1997, with submittal;

71. Material Approval Submittal No. 19(A), dated January 22, 1998, with submittal;

74. Material Approval Submittal No. 19(B), dated August 18, 1998, with submittal;

75. Defense Contract Audit Agency Audit Report, dated April 4, 2001;

100. Contract No. F08650-95-C-0011;

101. Claim for Equitable Adjustment of Contract No. F08650-95-C-0011, Repair/Upgrade XY Building Phase 2, dated May 10, 2000;

103. Contract Solutions LLC Report, dated March 27, 2002;

104. Defense Contract Audit Agency Audit Report, dated March 30, 2001;

105. Contract No. F08650-95-C-0011, Specification Sections 15 and 16;

107. Contract Notice of Award;

108. Daily Construction Logs;

109. Contract Progress Reports;

110. Daily Inspection Records, AF Form 1477 (Blue Book);

110a. Excerpts, Daily Inspection Records, AF Form 1477 (Blue Book), and summary;

111. Letter, dated January 20, 1995, from Southern Comfort Builders, Inc., to MSGT. Sally Bergman, subject: List of Subcontractors for Badging Access for Walk-through Monday AM - January 23, 1995;

112. Letter, dated March 24, 1995, from Southern Comfort Builders, Inc., to Sally Bergman, subject: Mary Killgore, Project Superintendant;

113. Memorandum for Record, dated April 16, 1996, from Doug Fowler to MSGT. Sally Bergman, subject: Phase II XY Project;

114. Memorandum for Southern Comfort Builders, Inc., dated August 13, 1997, from 45 CONS/LGCCC, subject: Contract No. F08650-95-C-0011, PA #93-1514P2, XY Bldg., CCAS;

115. Memorandum for Southern Comfort Builders, Inc., dated September 28, 1994, from 45 CONS/PKAB, subject: IFB No. F08650-95-B-0032, Verification of Bid;

116. Letter, dated September 29, 1994, from Southern Comfort Builders, Inc., to Robert J. Moran, subject: Verification of Bid Quote;

117. Memorandum for Southern Comfort Builders, Inc., dated January 18, 1995, from 45 CONS/PKAF, subject: Notice to Proceed - F08650-95-C-0011;

118. Request For Information Response, dated February 20, 1996, from Johnson Controls, subject: RFI No. 40, Variable Frequency Drives;

119. Request For Information Response, dated April 4, 1996, from Johnson Controls, subject: Technical Ground;

120. Request For Information Response, dated April 17, 1996, from Johnson Controls, subject: Variable Frequency Drive;

121. Request For Information Response, dated May 2, 1996, from Johnson Controls, subject: RFI 38A Technical Grounding System;

122. Request For Information Response, dated May 30, 1996, from Johnson Controls, subject: RFI 35 Technical Grounding System, with attachment (RFI 35, dated May 16, 1996);

123. Request For Information Response, dated June 19, 1996, from Johnson Controls, subject: Technical Grounding System;

124. Meeting Minutes for May 8, 1996;

125. Chronology Notes, Linda Brantley (Bates numbers 860-61);

126. Memorandum for Southern Comfort Builders, Inc., dated March 27, 2000, from 45 Contracting Squadron/LGCAC, subject: Contract No. F08650-95-C-0011 - Request for Equitable Adjustment;

127. Notes, RFI meeting XY Bldg. PH II, dated February 28, 1996 (Bates number 2181);

128. Letter, dated February 6, 1996, from Southern Comfort Builders, Inc., to Chrome Electric Company, subject: F08650-95-C-0011 Repair XY Building CCAFS, FL;

129. Fax, dated October 3, 1997, from Southern Comfort Builders, Inc., to Chrome, for Bill Butcher, with attachment (quote from Lorenze & Associates);

130. Letter, dated September 29, 1997, from Southern Comfort Builders, Inc., to Chrome Electric, subject: Air Force Contract F08650-95-C-0011 XY Building Cape Canaveral Air Force Station, Variable Frequency Drives;

131. Fax, dated September 10, 1997, from BRPH Architect Engineers to Dale Ellis, with attachment (Facility Upgrade/XY Building - Phase 2);

132. Memorandum for Record, dated March 1996, from Doug Fowler to MSGT Sally Bergman, Subject: 93-1514-P2;

133. Memorandum for Southern Comfort Builders, Inc., dated June 26, 1996, from 45 CONS/LGCCC, subject: Assignment of Contract Specialist and Contracting Officer for Contract No. F08650-95-C-0011, 93-1514; Repair XY Bldg. Phase 2;

134. Memorandum for Southern Comfort Builders, Inc., dated March 3, 1997, from 45 CONS/LGCCC, subject: Assignment of Contract Specialist and Contracting Officer for Contract No. F08650-95-C-0011, 93-1514; XY Phase 2.

135. Contract Modification P00006, dated April 29, 1997, Contract No. F0865094C0017, for Redux, Inc. to install temporary power.

136. Doug Fowler's notes based upon daily inspection records.

Defendant reserves the right to introduce at time of trial any exhibits listed on plaintiff's exhibit list.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella by Robert E. Kirschman, Jr.
JAMES M. KINSELLA
Deputy Director

s/ David R. Feniger
DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965

OF COUNSEL:

JOHN T. LAURO
Attorney
Commercial Litigation Division
Air Force Legal Services Agency

Dated: March 2, 2004

Attorneys for Defendant