IN THE UNTIED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN COMFORT BUILDERS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 00-755-C |
| | ) | (Judge Allegra) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE

FINAL REVISED WITNESS LIST OUT OF TIME

In accordance with the Court's Order of February 6, 2004, the parties were to file with the Court and exchange any changes to the witness lists on March 1, 2004. Due to electronic failures on plaintiff's end, the electronic filing was not timely accomplished, though plaintiff's counsel sent the email list to both Sak Im and defendant's counsel indicating a reduced number of witnesses that plaintiff intends to call from the original witness list.

Submitted, this the 2nd day of March, 2004.

Respectfully Submitted

**MCMANUS & GRAHAM, LLP**

/s John C. McManus_____
John C. McManus
Georgia Bar. No. 49775

J. Hatcher Graham
Georgia Bar No. 304577

P.O. Box 95269
Atlanta, Georgia, 30347
(404) 929-9122

CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the foregoing pleading via facsimile, U. S. First Class Mail, postage prepaid, properly addressed to:

David R. Feniger, Esq.
Commercial Litigation Branch
Civil Division, Department of Justice
Room 11066
1100 L Street, N.W.
Classification Unit
8th Floor
Washington, D.C. 20530

This 2nd day of March 2004.

**McMANUS & GRAHAM, LLP**

/John C. McManus
John C. McManus
D.C. Bar No. 385585
Attorney for Southern Comfort Builders, Inc.

P.O. Box 95269
Atlanta, Georgia 30347
Tel: 404.929.9122