**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTHERN COMFORT BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 00-755C |
| | ) | (Judge Allegra) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

---

**PLAINTIFF'S WITNESS LIST**

Pursuant to this Court's Order dated Fegbruary 6, 2004, plaintiff provides the following list of witnesses that it may call on the trial of the within matter:

1. **Russ Allison,** former project manager for SCBI. Mr. Allison may be contacted through plaintiff's counsel. If called as a witness, Mr. Allison is expected to testify concerning the design deficiencies with respect to VFDs, UPS and grounding system issues, contract administration resulting in delays to the contractor's performance, and differing site conditions impacting SCBI's performance

Telephone: 321.449.3643 (Pager)

2. **Mary Killgore**, former project superintendent for SCBI. Ms. Killgore may be contacted through plaintiff counsel. If called as a witness, Ms. Killgore is expected to testify concerning the design deficiencies with respect to VFDs, UPS and grounding

system issues, contract administration resulting in delays to the contractor's performance, and differing site conditions impacting SCBI's performance

Telephone: 321.449.8890 95 E. Hall Rd
Merritt Island, Fl 32953

3. **D. R. Ellis** through affidavit dated March 4, 2003.

4. **William H. Butcher**, president of Chrome Electric, Inc. Mr. Butcher may be contacted at Chrome Electric, Inc. Telephone number 321.267.3253. Mr. Butcher is expected to testify concerning the design deficiencies with respect to VFDs, UPS and grounding system issues. **Telephone: 321.267.0990**

5. **Jeffery Gillis**, superintendent Chrome Electric, Inc. Mr. Gillis may be contacted at Chrome Electric, Inc. Telephone number **321.267.0990.** Mr. Gillis is expected to testify concerning the design deficiencies with respect to VFDs, UPS and grounding system issues.

6. Dofus Scott, One Contractor, Inc. (SCBI mechanical subcontractor). Mr. Scott may be contacted through One Contractor, Inc. 321.382.1616. Mr. Scott is expected to testify concerning the VFD issue.

7. Albert Heredia, Merritt Island Air. Mr. Heredia may be contacted through Mrerritt Island Air, 321.452.5665. Mr. Heredia is expected to testify concerning the VFD issue.

8. **Michael Midgette,** CPMG, LLC, construction Project Management Group, claims consultants to SCBI. Mr. Midgette may be contacted through plaintiff's counsel. Mr.

Midgette is expected to testify as to all aspects of plaintiff's claim entitlement and quantum of damages.

Telephone: 850.622.0422

Plaintiff reserves the right to call as a witness at the time of trial any witness listed on defendant's witness list and to amend this list prior to trial.

Submitted this 2nd day of March, 2004.

McManus & Graham, LLP

s/ John C. McManus
John C. McManus
Attorneys for plaintiff

Of Counsel:

J. Hatcher Graham

P.O. Box 95269
Atlanta, Georgia 30347
Tel: 404.929.9122
Fax: 404.929.0370

CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the foregoing pleading via facsimile, U. S. First Class Mail, postage prepaid, properly addressed to:

David R. Feniger, Esq.
Commercial Litigation Branch
Civil Division, Department of Justice
Room 11066
1100 L Street, N.W.
Classification Unit
8th Floor
Washington, D.C. 20530

This 2nd day of March 2004.

**McMANUS & GRAHAM, LLP**

/John C. McManus
John C. McManus
D.C. Bar No. 385585
Attorney for Southern Comfort Builders, Inc.

P.O. Box 95269
Atlanta, Georgia 30347
Tel: 404.929.9122