# In the United States Court of Federal Claims

No. 00-755C

(Filed: April 20, 2004)

SOUTHERN COMFORT BUILDERS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Trial was held in this case from March 6-12, 2004, at Patrick Air Force Base in Patrick AFB, Florida. At close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on April 13, 2004, and proof in this case is now closed. On or before June 4, 2004, the parties shall file simultaneous post trial briefs. On or before July 6, 2004, the parties shall file simultaneous reply briefs. The parties are directed to refer to the trial transcript to determine the scope of post trial briefing.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge