# In the United States Court of Federal Claims

**00-755C**

**Filed: May 3, 2004**

**SOUTHERN COMFORT BUILDERS, INC.,**

**v.**

**THE UNITED STATES**

**Cumulative Index Regarding Transcript of Proceedings of Trial Taken at Patrick AFB, Florida, on 3/8/2004-3/12/2004, Together with Pltf's and Dft's Exhibits**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.