# In the United States Court of Federal Claims

No. 00-755C

(Filed: June 15, 2004)

SOUTHERN COMFORT BUILDERS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 10, 2004, the court received plaintiff's post trial brief. On April 20, 2004, the court issued an order directing the parties to file simultaneous post trial briefs on or before June 4, 2004. Accordingly, the Clerk is directed to strike plaintiff's post trial brief, and orders plaintiff to re-file it with an appropriate motion to file out of time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge