IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN COMFORT BUILDERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-755C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of WILLIAM K. OLIVIER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: December 2, 2004

/s/ *William K. Olivier*
WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6288
Facsimile: (202) 514-7965